FILED 06 JUL '22 15:48 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00233-SI |
| v. | INDICTMENT |
| DAN DALE KELLY, | 18 U.S.C. § 115(a)(1)(B) |
| Defendant. | |

### THE GRAND JURY CHARGES:

**COUNT 1**
**(Threatening a Federal Official)**
**(18 U.S.C. § 115(a)(1)(B))**

On or about June 10, 2022, in the District of Oregon, the defendant, **DAN DALE KELLY**, did threaten to assault and murder Adult Victim 1, a person assisting an officer and employees of the United States Government office in the performance of their official duties, and employees of the United States Government office, federal officials, as defined under Title 18, United States Code, Section 1114, with the intent to impede, intimidate, and interfere with Adult

///

///

///

**Indictment**                                                                                       **Page 1**

Victim 1 and employees of the United States Government office while they were engaged in the performance of their official duties;

In violation of Title 18, United States Code, Section 115(a)(1)(B).

Dated: July 6, 2022                                    A TRUE BILL.

                                                       ███████████████████
                                                       OFFICIATING FOREPERSON

Presented by:
SCOTT ERIK ASPHAUG
United States Attorney

_____
CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney